FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 0 3 2014

IN THE UNITED STATES DISTRICT COURT      DAVID J. MALAND, CLERK
FOR THE EASTERN DISTRICT OF TEXAS    BY
DEPUTY_____
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:14CR 170 |
| | § | Judge Schell |
| GARY GORDON | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

Violation: 8 U.S.C. § 1324 a(a)(1)(A)
(Hiring Unauthorized Alien)

1.  AC was a person, known to the United States Attorney, who was an unauthorized alien.

2.  On or about September 25, 2013, the defendant, **Gary Gordon**, within the Eastern District of Texas, hired AC for employment within the United States, knowing AC was an unauthorized alien with respect to such employment, and did so as part of a practice and pattern for committing such violation.

In violation of 8 U.S.C. § 1324a(a)(1)(A).

JOHN M. BALES
UNITED STATES ATTORNEY

J. ANDREW WILLIAMS
Assistant U.S. Attorney
101 East Park Boulevard, Suite 500
Plano, Texas 75074
Telephone: (972) 509-1201
Fax: (972) 509-1213

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:14CR |
| | § | Judge |
| GARY GORDON | § | |

## NOTICE OF PENALTY

### Count One

VIOLATION:        8 U.S.C. § 1324a(a)(1)(A)
(Hiring Unauthorized Alien)

PENALTY:        Imprisonment for not more than six months; a fine of
not more than $3,000 for each unauthorized alien with
respect to whom such violation occurs; a term of
supervised release of not more than one year.

SPECIAL ASSESSMENT: $10.00

Information - Page 2