| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | 5/12/2015 | | | CASE NUMBER | 4:14cr170 | | | |
| LOCATION | Plano | | | USA | Andy Williams | | | Assigned |
| JUDGE | RICHARD SCHELL | | | VS | Andy Williams | | | Appeared |
| DEPUTY CLERK | B Sanford | | | | | | | |
| RPTR/ECRO | Denise Carrillo | | | | | | | |
| TAPE # | B   E | | | | GARY GORDON | | | |
| USPO Sherry Smith, Roshonda Guest | | | | | Defendant | | | |
| INTERPRETER: | | | | | Matthew Orwig | | | |
| BEGIN 11:07 am / 12:19 pm | | | | | Attorney | | | |

## SENTENCING

X . . . . . . .    Sentencing held

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | 1 year | | | | $10.00 |
| | | | | | | | | |
| | | | | | | | | |

The court conducts a Rule 44C hearing to inquire about joint representation.

The court adopts the facts as set forth in the presentence report.

The court accepts the 11C(1)(c) plea agreement.

The Defendant will forfeit $750,000.00.

X . . . . . .    **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**

**CRIM 92-118**   ☐ See reverse/attached for additional proceedings

_____ Adjourn