IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:14CR170 |
| | § | Judge Schell |
| GARY GORDON | § | |

# **FINAL ORDER OF FORFEITURE**

This court entered a Preliminary Order of Forfeiture regarding this defendant on May 20, 2015, pursuant to the provisions of 18 U.S.C. § 982(a)(6).

The government published at www.forfeiture.gov for thirty consecutive days notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law and further notified all third parties of their right to petition the court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.　　That the right, title and interest to all of the hereinafter described property of this defendant is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law.

2.　　That the following property belonging to the defendant who is the subject of this Order is hereby condemned and forfeited to the government in accordance with 18 U.S.C. § 982(a)(6):

　　　　$750,000.00 in U.S. currency.

**Final Order of Forfeiture – Page 1**

3. That any and all funds derived from the sale of property noted above shall be deposited forthwith by the Department of Homeland Security, Homeland Security Investigations in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

**SIGNED this the 5th day of August, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE